UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID FISCHER, | No. 2:15-cv-1196 CKD P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

On June 8, 2015, the undersigned magistrate judge recommended that the petition be dismissed without prejudice, and directed the assignment of a district judge to review this recommendation. (ECF No. 4.) However, court records reveal that petitioner has filed a notice of consent to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. §636(c); Local Rule 302. (ECF No. 5.) As no respondent has been served, petitioner is the only party to this action. Having reviewed the docket, the undersigned concludes there is no basis for modifying its prior conclusion that this action should be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to: (a) redesignate the undersigned's findings and recommendations filed June 8, 2015 as an order; and (b) withdraw the assignment of a district judge to this action; and

////

1

2. For the reasons stated in this court's order filed June 8, 2015, this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: June 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / fisc1196.cb